In the Matter of the Application of RUSSELL CALCAGNO, Appellant, for an Order of Mandamus Directed to the TOWN BOARD OF THE TOWN OF WEBSTER and the ZONING BOARD OF APPEALS OF THE TOWN OF WEBSTER, Respondents.— Appeal dismissed, without costs, as academic in view of decision in companion case decided herewith. All concur. (The order grants motion of defendants for a dismissal of petitioner's application for a mandamus order without prejudice.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of RUSSELL CALCAGNO and MARGARET CALCAGNO, His Wife, Respondents, for a Certiorari Order against the TOWN BOARD OF THE TOWN OF WEBSTER and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. Time to make return extended to June 22, 1942. All concur. (The first order grants petitioners' motion for a reargument and orders amendment of the order of dismissal. The second order grants petitioners' motion to compel defendants to certify and return the matters and facts as recited in the order appealed from.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of Proving the Last Will and Testament of EDWIN L. SLITER, Deceased. LENDOL F. SLITER, Appellant; LITTLE FALLS NATIONAL BANK and CONSTANCE M. SLITER, Respondents.— Order affirmed, without costs. All concur. (The order denies application of Lendol F. Sliter that the surrogate disqualify himself.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD FRANCIS SAVAGE, Appellant.— Order affirmed. All concur. (The order denies defendant's motion to vacate and set aside his conviction on a plea of guilty to an indictment charging burglary, third degree, and petit larceny.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THOMAS GRAHAM EVANS, Respondent, v. TOWN OF BRIDGEWATER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion for judgment on the pleadings in an action for damages for personal injuries by reason of a tractor running into a hole in a highway maintained by defendant.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [178 Misc. 250.]

In the Matter of the Final Judicial Settlement of the Account of the WATERTOWN NATIONAL BANK and HENRY H. WENDELL, as Administrators, etc., of WILLIS WENDELL, JR., Deceased. JESSIE FENTON WENDELL, Objectant, Appellant; WATERTOWN NATIONAL BANK and HENRY H. WENDELL, as Administrators, etc., Respondents.— Decree, so far as appealed from, affirmed, with costs payable out of the estate. All concur. (The part of the decree appealed from settles the accounts of the administrators and allows payment of claims of Willis Wendell, Jr.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.